UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FARMINGTON CASUALTY COMPANY,

                Plaintiff,

vs.                                      CIVIL NO. 5:09-cv-339 (GTS/ATB)

DANIEL PERRY, NICOLE PERRY and
CAROLYN BUCHANAN,

                Defendants.

---

| Appearances: | Of Counsel: |
|---|---|
| For Plaintiff: | |
| Kenney, Shelton Law Firm - Buffalo Office<br>14 Lafayette Square<br>Suite 510 Rand Building<br>Buffalo, NY 14203 | Jesse J. Cooke, Esq.<br>Judith Treger Shelton, Esq. |
| For Defendants Daniel Perry & Nicole Perry: | |
| Office of Craig P. Schlanger<br>University Building<br>Suite 925<br>120 East Washington Street<br>Syracuse, NY 13202 | Craig P. Schlanger, Esq. |
| For Defendant Carolyn Buchanan: | |
| Rothschild Law Firm<br>5781 Bridge Street<br>Suite 33<br>East Syracuse, NY 13057 | Martin J. Rothschild, Esq. |

Glenn T. Suddaby, U.S. District Judge

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

    The Court having been advised by counsel that the parties in this action have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Counsel has also advised that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court. This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

**ORDERED** that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated: March 5, 2010
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge